# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Nicole A. Lescarbeau, a/k/a Nicole Coulibaly | ) | Case No.   20-mj-4322-COM |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   September 13, 2019   in the county of   Norfolk and elsewhere   in the
_____ District of   Massachusetts  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344 | Bank Fraud |

This criminal complaint is based on these facts:
See Affidavit of FBI Special Agent Kevin M. Sheahan.

☐ Continued on the attached sheet.

*Complainant's signature*

Kevin M. Sheahan, FBI Special Agent
*Printed name and title*

Subscribed and sworn via telephone in accordance with
Federal Rule of Criminal Procedure 4.1 on December  2 , 2020.

Date:   12/02/2020

*Judge's signature*

City and state:   Worcester, Massachusetts       Hon. David H. Hennessy; U.S. Magistrate Judge
*Printed name and title*