# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

| Field | Value |
|---|---|
| Place of Offense | |
| Category No. | II |
| Investigating Agency | FBI |
| City | Canton (and elsewhere) |
| County | Norfolk (and elsewhere) |

**Related Case Information:**
- Superseding Ind./ Inf.: 
- Case No.: 
- Same Defendant: 
- New Defendant: 
- Magistrate Judge Case Number: 
- Search Warrant Case Number: 
- R 20/R 40 from District of: 

## Defendant Information:

- **Defendant Name:** Nicole A. Lescarbeau
- **Juvenile:** No
- **Is this person an attorney and/or a member of any state/federal bar:** No
- **Alias Name:** Nicole Coulibaly
- **Address (City & State):** 310 Bay Drive, Canton, MA 02368
- **Birth date (Yr only):** 1967
- **SSN (last 4#):** 9638
- **Sex:** F
- **Race:** White
- **Nationality:** US
- **Defense Counsel if known:** Jessica Thrall
- **Address:** Federal Defender
- **Bar Number:** 

## U.S. Attorney Information:

- **AUSA:** Justin O'Connell
- **Bar Number if applicable:** 
- **Interpreter:** No
- **List language and/or dialect:** 
- **Victims:** Yes — If yes, are there multiple crime victims under 18 USC §3771(d)(2): No
- **Matter to be SEALED:** Yes
- ✓ Warrant Requested ☐ Regular Process ☐ In Custody

## Location Status:

- **Arrest Date:** 12/03/2020
- ☐ Already in Federal Custody as of _____ in _____
- ☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
- ✓ On Pretrial Release: Ordered by: Judge Stearns on 12/16/2019

**Charging Document:** ✓ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☐ Felony

Continue on Page 2 for Entry of U.S.C. Citations

✓ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/02/2020

**Signature of AUSA:** /s/

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Nicole A. Lescarbeau

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1344 | Bank Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____