IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 20-mj-4322-DHH |
| ) | |
| NICOLE A. LESCARBEAU, ) | |
| a/k/a Nicole Coulibaly, ) | |
| Defendant ) | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by Andrew E. Lelling, United States Attorney, and Justin D. O'Connell, Assistant United States Attorney for the District of Massachusetts, moves the Court to direct that the criminal complaint in the above-styled matter be unsealed. In support of this motion, the government states that the defendant was arrested on December 3, 2020, and there is no further reason to keep the criminal complaint and related materials sealed.

ALLOWED David H. Hennessy U.S.M.J.

Dec 3, 2020

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

Date: December 3, 2020

By: /s/ Justin D. O'Connell
JUSTIN D. O'CONNELL
Assistant U.S. Attorney